**Order entered August 1, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00558-CV

**STEPHEN B. HOPPER, ET AL., Appellants**

**V.**

**JOHN L. MALESOVAS D/B/A MALESOVAS LAW FIRM, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is appellees' July 30, 2018 unopposed motion for an extension of time to file a brief.  We **GRANT** the motion and extend the time to **September 14, 2018**.


/s/     ADA BROWN
         JUSTICE